**WILLBROS RPI, INCORPORATED, Plaintiff–Appellant**

v.

**CONTINENTAL CASUALTY COMPANY, Defendant–Third Party Plaintiff–Appellee**

v.

**Lexington Insurance Company, Third Party Defendant–Appellant.**

No. 11–20347.

United States Court of Appeals, Fifth Circuit.

Dec. 13, 2011.

Chester Joseph Makowski, Plavnicky & Marshall, P.C., Houston, TX, for Plaintiff–Appellant/Third Party Defendant–Appellant.

Richard Gardner Wilson, Kerr Wilson, P.C., Houston, TX, for Defendant–Third Party Plaintiff–Appellee.

Before BARKSDALE, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be